AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Hartford Accident and Indemnity Company

CASE NUMBER: 17-cv-05425

V.

ASSIGNED JUDGE: Hon. Sharon Johnson Coleman

Andrew Hunt and Kimberly Hunt

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Andrew Hunt
c/o James A. Murphy
Mahoney, Silverman & Cross, LLC
822 Infantry Drive, Suite 100
Joliet, IL 60435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Duffy
Abigail E. Rocap
Wilson Elser Moskowitz Edelman & Dicker, LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

September 18, 2017

DATE

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY, | ) | |
| | ) | No. 17-cv-05425 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ANDREW HUNT and KIMBERLY HUNT. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ACCEPTANCE OF SERVICE**

I represent Defendants Andrew Hunt and Kimberly Hunt and am authorized to accept service of the Summonses and Complaint for Declaratory Judgment on their behalf. I acknowledge that I received a copy of the Summonses and Complaint for Declaratory Judgment in the above-entitled action. Defendants Andrew Hunt and Kimberly Hunt voluntarily accept service of the Summonses and Complaint for Declaratory Judgment in this action on September 19, 2017 and represents that no further service is required.

10/2/17

James A. Murphy
MAHONEY, SILVERMAN & CROSS, LLC
822 Infantry Drive, Suite 100
Joliet, Illinois 60435